# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT D. ALEXANDER and
NANCY L. ALEXANDER,

Defendants.                                    No. 17-30111-DRH


## ORDER

**HERNDON, District Judge**:

Now before the Court is defendants' motion to continue (Doc. 19). Defendants state that they need additional time for to prepare for trial. The government does not object. The Court being fully advised in the premises finds that defendants need additional time. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendants in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendants' motion to continue (Doc. 19). The Court **CONTINUES** the jury trial scheduled for September 5, 2017 to **December 4, 2017 at 9:00 a.m.** The time from the date when the motion was filed, August 15, 2017 until the date to which the trial is rescheduled, December 4,

2017, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 24th day of August, 2017.

Digitally signed by
Judge David R. Herndon
Date: 2017.08.24
16:07:54 -05'00'

**United States District Court**